# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERREN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>D. A. BRAZELTON, et. al.,<br><br>　　　　Respondents. | Case No.:1:12-cv-01135-AWI-SAB (HC)<br><br>ORDER DENYING WITHOUT PREJUDICE COUNSEL'S APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD<br><br>(ECF No. 23) |

　　　　Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently represented by John M. Kaman.

　　　　On January 10, 2013, counsel Kaman filed an application to withdraw as attorney of record indicating that he has been terminated by Petitioner.

　　　　Withdrawal of counsel is governed by Local Rule 182(d) which provides:

> **Withdrawal**. Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to the State Bar of California, and the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Counsel has failed to comply with Local Rule 182(d) by submitting proof of notice of the application to withdraw on Petitioner and setting forth the efforts he has made to notify Petitioner of the application to withdraw.[1] Nor has counsel provided the Court with Petitioner's current address.  The Court cannot consider the application to withdraw until counsel has complied with the requirements set forth in Local Rule 182(d).

Accordingly, the application to withdraw as counsel of record is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **January 11, 2013**                             **/s/ Stanley A. Boone**
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Although Petitioner filed a pro se motion for an extension of time to file a traverse and requested that counsel be terminated as attorney of record (ECF No. 18), this does not relieve counsel of the obligation to comply with Local Rule 182(d).