1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9  **JAMES HERREN,**

10                      **Petitioner,**

11          **v.**

12  **MATTHEW CATE,**

13                      **Respondent.**

14

15

16

1:12-cv-01135-AWI

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

17          Petitioner James Herren filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §

18  2254. This Court referred the matter to Magistrate Judge Stanley Boone. On September 30, 2015,

19  the Magistrate Judge issued a Findings and Recommendations, recommending that Petitioner's

20  petition be denied. On November 2, 2015, Petitioner's counsel requested that time be extended

21  until December 2, 2015, to file objections to the Findings and Recommendations. Counsel

22  detailed the other items that occupied his time during the past month. Doc. 36 at 3-4. For good

23  cause shown, the Court hereby GRANTS Petitioner's motion for extension of time.

24

25

26  IT IS SO ORDERED.

27  Dated:   November 4, 2015          _____

                                     SENIOR  DISTRICT  JUDGE

28